SCWC-30043

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WAIKOLOA DEVELOPMENT CO.,
Petitioner/Plaintiff-Appellant,

vs.

WAIKOLOA HEIGHTS LAND INVESTORS, L.P.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30043; CIV. NO. 06-1-0288)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Waikoloa Development

Co.'s application for writ of certiorari filed on October 15,

2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 26, 2013.

Bruce D. Voss and
Sarah M. Love for
petitioner                     /s/ Mark E. Recktenwald

                               /s/ Paula A. Nakayama

Duane R. Miyashiro,
William M. Harstad             /s/ Simeon R. Acoba, Jr.
and Arsima A. Muller
for respondent                 /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

